PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA** )
)
vs. ) **Docket Number: 2:02CR0003**
)
**AGUSTIN SERRANO-PAYAN** )
)

On August 31, 2001, the above-named was placed on supervised release for a period of 5 years in the Southern District of California.  Jurisdiction was transferred to our district on January 2, 2002.  Since that time, he has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer

**DEBORAH A. SPENCER
Senior United States Probation Officer**

Dated:   August 3, 2005
Elk Grove, California
DAS:kms

**REVIEWED BY:**   /s/ Joe E. Glaspie
**JOE E. GLASPIE
Deputy Chief United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    Agustin SERRANO-PAYAN**
       **Docket Number:   2:02CR00003**
       <u>**ORDER TERMINATING SUPERVISED RELEASE**</u>
       <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Date: August 4, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DAS
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office